IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER MARTIN,

      Plaintiff,

    vs.

AT&T WIRELESS CORP., et al.,

      Defendants.

No. CIV S-07-1127 MCE DAD PS

<u>ORDER SETTING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE</u>

/

      This action was removed from the San Joaquin County Superior Court on June 13, 2007.  By order filed May 16, 2008, the district judge assigned to the case disqualified plaintiff's counsel and advised plaintiff that he should hire a new attorney if he wishes to continue pursuing this case as a class action.  No new attorney has appeared on plaintiff's behalf.  Accordingly, this case has been deemed a pro se case and has been referred to the undersigned pursuant to Local Rule 72-302(c)(21) for all purposes encompassed by that provision.

      The parties were previously ordered to file a joint status report by July 28, 2008.  In light of plaintiff's pro se status, the parties shall file separate status reports.  Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

      1.  A Status (Pretrial Scheduling) Conference is set for **September 5, 2008, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Dale A. Drozd.

2. Each party shall appear at the Status Conference by counsel or, if acting without counsel, on his own behalf. A party may appear at the conference either in person or telephonically. To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days before the Status (Pretrial Scheduling) Conference.

3. Plaintiff shall file and serve a status report on or before **August 15, 2008,** and defendants shall file and serve a status report on or before **August 22, 2008**. Each status report shall address all of the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

    k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

l.      Any other matters that may aid in the just and
        expeditious disposition of this action.

4. The pro se plaintiff is cautioned that failure to file a timely status report or failure to appear at the status conference may result in a recommendation that this case be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. <u>See</u> Local Rules 11-110, 83-183.

DATED: July 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\martin1127.ossc