1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

8

**IN THE EASTERN DISTRICT OF CALIFORNIA**

9

**SACRAMENTO DIVISION**

10

| | |
|---|---|
| PETER MARTIN, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T, CINGULAR WIRELESS, ET AL.<br><br>Defendants. | CASE NO.:   2:07-CV-01127 MCE-DAD PS<br><br>ORDER CONTINUING CONFERENCE |

**<u>ORDER</u>**

GOOD CAUSE APPEARING, it is hereby ordered that the September 5, 2008 Status (Pretrial Scheduling) Conference is continued to October 3, 2008, at 11:00 a.m., in Courtroom No. 27, before Judge Dale A. Drozd.

Dated:  August 29, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/martin1127.ord