1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PETER MARTIN,

11              Plaintiff,                    No. CIV S-07-1127 MCE DAD PS

12        vs.

13   AT&T WIRELESS CORP., et al.,

                                             ORDER AFTER HEARING

14              Defendants.

15   _____/

16         This matter came before the court on October 3, 2008, for Status (Pretrial

17   Scheduling) Conference.  Plaintiff, proceeding pro se, appeared telephonically on his own behalf.

18   Martha Bronson, Esq., plaintiff's former attorney of record, also appeared telephonically pending

19   approval of a proposed substitution of attorney solely with regard to plaintiff's individual claims.

20   Sarah K. Kohut, Esq. appeared telephonically on behalf of defendants.

21         After considering the parties' timely filed status reports, the remainder of the file,

22   and the statements of the parties at the status conference, the court determined that substitution of

23   attorney should be deferred until plaintiff has filed an amended complaint omitting class claims.[1]

24   Plaintiff's complaint will be dismissed with leave to file a first amended complaint alleging only

25   _____

26         [1]  In response to the court's inquiry, plaintiff stated that it was intention to abandon any
     class claims and to pursue this action solely on his own behalf.

                                             1

1 | plaintiff's individual claims.  Good cause appearing, scheduling of the case will be deferred.

2 |         Plaintiff is referred to Local Rule 5-133.  The rule requires that pro se parties file

3 | and serve all documents in paper format unless they request and obtain leave of court of file and

4 | serve electronically.  A pro se party who obtains such leave must register under his own name

5 | and obtain his own password in accordance with this court's rules.

6 |         IT IS ORDERED that:

7 |         1.  Plaintiff is granted thirty days from October 3, 2008 to file and serve a first

8 | amended complaint omitting class claims; and

9 |         2.  Defendants are relieved of the obligation to respond to plaintiff's first amended

10 | complaint pending further orders of the court.

11 | DATED: October 3, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\martin1127.oah.100308

2