IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER MARTIN,

      Plaintiff,                              No. CIV S-07-1127 MCE DAD PS

    vs.

AT&T WIRELESS CORP., et al.,

                                          ORDER

      Defendants.

_____/

        By order filed in this action on October 6, 2008, the undersigned granted plaintiff thirty days to file an amended complaint omitting class claims. Defendants were relieved of the obligation to respond to any amended complaint pending further orders of the court. Plaintiff, currently proceeding pro se, has filed a timely amended complaint by which he has abandoned all class claims.

        In filing his amended complaint, plaintiff is now pursuing this action solely on his own behalf. Plaintiff has thus eliminated the circumstance that originally led the assigned district judge to disqualify class counsel Martha Bronson and refer this matter to the undersigned as a pro se case. As discussed at the status conference on October 3, 2008, plaintiff will now be directed to submit a proposed substitution of attorney so that former class counsel Martha Bronson may substitute in as counsel for plaintiff on his own individual claims. If the substitution is approved,

1

1  the undersigned will refer the case back to the assigned district judge in accordance with Local
2  Rule 72-302(c)(21) for further proceedings.
3        IT IS ORDERED that plaintiff shall submit a proposed substitution of attorney, in
4  signable form, to the assigned district judge within twenty days after this order is served; the
5  proposed substitution shall indicate that it is submitted to the district judge pursuant to this order.
6  DATED: November 6, 2008.

                                                                   */s/ Dale A. Drozd*
                                                             DALE A. DROZD
                                                             UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\martin1127.subatty.ord