| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>PETER MARTIN<br>1224 NEWCASTLE COURT<br>TRACY, CA.  95376<br><br>TELEPHONE NO.: 209-612-8550    FAX NO. (Optional): 209-832-5000<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF, PETER MARTIN, IN PRO PER | **FILED**<br><br>DEC 1 1 2008<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |
|---|---|
| UNITED STATES DISTRICT COURT OF CALIFORNIA, EASTERN DISTRICT<br>STREET ADDRESS: 501 I STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SACRAMENTO, CA.<br>BRANCH NAME: | |
| CASE NAME:<br>PETER MARTIN v. AT&T, CINGULAR | |
| NOTICE OF  SUBSTITUTION OF ATTORNEY Second Mailing<br>GRANTING SUBSTITUTION | CASE NUMBER:<br>2:07-CV-01127MCE-DAD PS |

1. NOTICE is hereby given that subject to the approval by the court, Plaintiff, PETER MARTIN, substitutes MARTHA BRONSON of BRONSON & ASSOCIATES, as counsel of record.
2. CONTACT INFORMATION IS AS FOLLOWS:
   a. Name: MARTHA BRONSON, ESQ.          b. State Bar No. (if applicable): 133396
   c. Address (number, street, city, ZIP, and law firm name, if applicable): BRONSON & ASSOCIATES
      15 WEST 8TH STREET, SUITE A, TRACY, CA.  95376

   d. Telephone No. (include area code): 209-830-0400
3. The party making this substitution is a   [✓] plaintiff   [ ] defendant   [ ] petitioner   [ ] respondent   [ ] other (specify):

4. I consent to this substitution.
   Date: 12/3/08
   PETER MARTIN
   (TYPE OR PRINT NAME)                                         (SIGNATURE OF PARTY)

5. [✓]  I consent to this substitution.
   Date: 12/3/08
   MARTHA BRONSON
   (TYPE OR PRINT NAME)                                         New Attorney

6. [✓]  The substitution of attorney is hereby approved and so ORDERED
   Date:
   U.S. District Court Judge, Morrison C. England, Jr.
   (TYPE OR PRINT NAME)                                         Honorable U.S. District Court Judge

| CASE NAME: PETER MARTIN v. AT&T, CINGULAR | CASE NUMBER: 2:07-CV-01127MCE-DAD PS |
|---|---|

## PROOF OF SERVICE BY MAIL Second Mailing
### Substitution of Attorney— Consent Order

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred. My residence or business address is (specify): 15 WEST 6TH STREET, SUITE A

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

    (1) Date of mailing: 12/3/08      (2) Place of mailing (city and state): Tracy, Ca.

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/3/08

MATINA DIANE BATTAGLIA
(TYPE OR PRINT NAME)                                  (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served: Laura Kohut - KOHUT & KOHUT LLP
   b. Address (number, street, city, and ZIP): 600 Anton Blvd., Suite 1075
      Costa Mesa, CA 92626

   c. Name of person served:
   d. Address (number, street, city, and ZIP):

   e. Name of person served:
   f. Address (number, street, city, and ZIP):

   g. Name of person served:
   h. Address (number, street, city, and ZIP):

   i. Name of person served:
   j. Address (number, street, city, and ZIP):

☐ List of names and addresses continued in attachment.