IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER MARTIN,

        Plaintiff,

    v.

AT&T WIRELESS CORP., et al.,

        Defendants.

No. CIV S-07-1127 MCE DAD PS

ORDER

        On November 3, 2008, plaintiff, proceeding in propria persona, filed a first amended complaint alleging only his individual claims and abandoning all class claims. Plaintiff thereby eliminated the circumstance that previously led to the disqualification of Martha Bronson, Esq. as plaintiff's attorney. On December 11, 2008, the assigned district judge approved the substitution of Ms. Bronson as counsel for plaintiff.

        Accordingly, IT IS ORDERED that:

        1. Pursuant to Local Rule 72-302(c)(21), this action is referred back to the assigned district judge for further proceedings, and the Clerk of the Court is directed to amend the docket to reflect that this case is not a Pro Se case; and

/////

/////

1

2. All documents hereafter submitted for filing in the case shall bear case number Civ. S-07-1127 MCE DAD or 2:07-cv-1127 MCE DAD.

DATED: December 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\martin1127.ord.referback